UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD MAHOGANY, JR.                                CIVIL ACTION

VERSUS                                               NO. 06-2351

JIM ROGERS, <u>ET</u> <u>AL</u>                                  SECTION "S"(5)

<u>**ORDER**</u>

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection filed by plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that plaintiff's action be **DISMISSED WITH PREJUDICE**.  **IT IS FURTHER ORDERED** that the motion to dismiss filed on behalf of defendants be dismissed as moot.

New Orleans, Louisiana, this <u>31st</u> day of <u>   January   </u>, 2007.

UNITED STATES DISTRICT JUDGE